UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 3:24-mj-1486-SJH

CAMERON WILLIAM HEPBURN
_____

**O R D E R**

The Court has examined Defendant **CAMERON WILLIAM HEPBURN** under oath and found him without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel. The Federal Public Defender is hereby appointed to represent Defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of October, 2024.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Milliron)
Federal Public Defender